TRIAL COURT CASE NO. D-1-GN-25-000881

§     IN THE DISTRICT COURT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 4:04:21 PM
CHRISTOPHER A. PRINE
Clerk

§     TRAVIS COUNTY, TEXAS

§     JUDICIAL DISTRICT

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: NOVEMBER 26, 2025

Type of Order (Interlocutory or Final) FINAL

Date Motion for New Trial Filed:

Request for Findings of Fact and Conclusions of Law filed:

Date Notice of Appeal Filed: DECEMBER 3, 2025

Name of judge who entered judgment: CORY LIU

Name of court reporter: JAMIE FOLEY

   Address of court reporter: 1700 GUADALUPE, 9TH FLOOR, AUSTIN ,TX 78701

Name of attorney on appeal: JOEL SCHACHAR  SB#: 24085578

   Attorney Address: PO BOX 113002, CARROLLTON, TX 75011

   Attorney E-Mail Address: joelschacharlaw@gmail.com

   Attorney on appeal (check applicable box):

     ☐ appointed  ☑ retained  ☐ Pro Se

Name of Appellee's Attorney: BRADLEY WURSTER  SB# 24106633

   Attorney Address: PO BOX 12548, CA[PITOL STATION, AUSTIN, TX 78711-2548

   Attorney E-Mail Address: BRAD.WURSTER@OAG.TEXAS.GOV

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____   By:_____(clerk's initials)